**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **MID-ATLANTIC FIELD SERVICES LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 03:23-cv-00177-HEH |
| ) | |
| **BOBBIE BARFIELD,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF SETTLEMENT

COME NOW Counterclaim Plaintiffs Bobbie Barfield and Hydro Mole, LLC, by counsel and with the consent of Counterclaim Defendant Mid Atlantic Field Services LLC, and hereby give notice that the parties have resolved, in principle, all outstanding matters between them.

The parties aspire to file a Stipulation of Voluntary Dismissal with Prejudice within fifteen (15) days of this Notice.

Dated:  October 31, 2023

Respectfully Submitted,

BOBBIE BARFIELD and HYDRO MOLE, LLC,

By Counsel

*/s/ Nichole Buck Vanderslice*
Nichole Buck Vanderslice (VSB #42637)
*Email: nvanderslice@nbvlaw.com*
LAW OFFICE OF NBVANDERSLICE, PLLC
9019 Forest Hill Avenue, Suite 2C
Richmond, VA 23235
Telephone: 804.272.2920
*Counsel for Counterclaim Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel of record:

>J. Benjamin Rottenborn (VSB No. 84796)
>Joshua F. P. Long (VSB No. 65684)
>WOODS ROGERS VANDEVENTER BLACK PLC
>Wells Fargo Tower, Suite 1800
>10 South Jefferson Street
>Post Office Box 14125
>Roanoke, Virginia 24038-4125
>Telephone No. (540) 983-7600
>Facsimile No. (540) 983-7711
>*Josh.long@wrvblaw.com*
>*Ben.rottenborn@wrvblaw.com*
>Counsel for Counterclaim Defendant Mid-Atlantic Services, LLC

>By: */s/ Nichole Buck Vanderslice*
>Nichole Buck Vanderslice (VSB #42637)
>Email: *nvanderslice@nbvlaw.com*
>LAW OFFICE OF NICHOLE BUCK VANDERSLICE, PLLC
>9019 Forest Hill Avenue, Suite 2C
>Richmond, VA 23235
>Telephone: 804.272.2920
>Counsel for Counterclaim Plaintiffs