IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MID-ATLANTIC FIELD SERVICES LLC, )
)
   Plaintiff/Counterclaim Defendant, )
)
v. ) Civil Action No. 3:23-cv-177–HEH
)
BOBBIE BARFIELD, *et al.*, )
)
   Defendant/Counterclaim Plaintiffs. )

# FINAL ORDER

THIS MATTER is before the Court on a Stipulation of Voluntary Dismissal of Counterclaims with Prejudice filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 33.) It appearing that all counterclaims have been resolved, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE. Each party shall bear his or its own costs and attorneys' fees.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

This case is CLOSED.

                                          /s/
                                 Henry E. Hudson
                                 Senior United States District Judge

Date: Nov. 30, 2023
Richmond, VA